| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Bruce E Kanengiser<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0172<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| **Debtor 2:** (Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: District of New Jersey | Date case filed for chapter: 7  9/26/17 | |
| Case number: 17–29476–MBK | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Bruce E Kanengiser | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 68 Charles Road<br>Bernardsville, NJ 07924 | |
| 4. | **Debtor's attorney**<br>Name and address | Stuart D. Minion<br>Minion and Sherman<br>33 Clinton Road<br>Suite 105<br>West Caldwell, NJ 07006 | Contact phone (973)882–2424 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016–4496 | Contact phone (609) 386–8700 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street  Trenton, NJ 08608  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609–858–9333  Date: 9/27/17 |
| **7.** **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 24, 2017 at 12:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/26/17** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:  
Bruce E Kanengiser  
    Debtor

Case No. 17-29476-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Sep 27, 2017  
                          Form ID: 309A     Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.

```
db            +Bruce E Kanengiser,    68 Charles Road,    Bernardsville, NJ 07924-1921
517086484     +Allen J. Berkin, Esq.,    P.O. Box 1330,    Union, NJ 07083
517086485     +Amber Niskach c/o PNC Bank,    P7-PFSC-02-H,    500 First Avenue,    Pittsburgh, PA 15219-3128
517086488     +Amex Bloomingdales,    P.O. Box 78008,    Phoenix, AZ 85062-8008
517086489     +Arley Ramirez Landscape,    374 S. Maple Avenue,    Basking Ridge, NJ 07920-1325
517086490     +B.M.D & Bruce Kanengiser,    68 Charles Road,    Bernardsville, NJ 07924-1921
517086492      Bankers Healthcare Group LLC,    10234 W. State Road 84,    Davie, FL 33324
517086494    #+Beth Dorfman,    68 Charles Road,    Bernardsville, NJ 07924-1921
517086493     +Beth Dorfman,    40 Timber Rock Trail,    Bernardsville, NJ 07924-2221
517086495    #+Beth J. Kanengiser a/k/a Beth Dorfman,    68 Charles Road,    Bernardsville, NJ 07924-1921
517086496    #+Beth Kanengiser,    68 Charles Road,    Bernardsville, NJ 07924-1921
517086497     +Bruce E. C/O Smolin Lupin Co PA,    68 Charles Road,    Bernardsville, NJ 07924-1921
517086499     +Chestnut Lake Camp,    1714 Wantagh Avenue,    Wantagh, NY 11793-3904
517086500     +Christopher J. Cali, Esq.,    CJC Law Office,    201 Solar Street,    Syracuse, NY 13204-1425
517086501     +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
517086503     +Division of Taxation,    Internal Revenue Service,    Cincinnati, OH 45999-0001
517086507     +FC Berna Soccer,    P.O. Box 16,    Liberty Corner, NJ 07938-0016
517086505     +Far Hills County Day School,    697 US 202,    Far Hills, NJ 07931-2457
517086508     +Fireline Plumbing and Heating,    198 US Highway 206,    Hillsborough, NJ 08844-4138
517086509     +Joy of Living Inc.,    665 MARTINSVILLE ROAD,    Basking Ridge, NJ 07920-4700
517086510     +Kroll Heineman Carton,    Metro Coporate Campus I,    99 Wood Avenue South, Suite 307,
                Iselin, NJ 08830-2715
517086512     +LTD Nursery,    460 Minebrook Road,    Bernardsville, NJ 07924-2008
517086513     +Martha D.F. Ostrowitz, Esq.,    Ostrowitz & Ostrowitz,    225 Gordons Corner Road, Suite 1-J,
                Englishtown, NJ 07726-3342
517086514     +Martin Sarver, Esq.,    One Passaic Avenue,    Fairfield, NJ 07004-3814
517086517     +NY State Dept. of Taxation & Finance,    WA Hurrican Campus,    Albany, NY 12227-0001
517086518      NYC Dept of Finance,    59 Maiden Lane, 19th Floor,    New York, NY 10038-4502
517086515     +Newsome O'Donnell, LLC,    200 Campus Drive, Suite 205,    Florham Park, NJ 07932-1007
517086516     +Northeast Carpenters Funds, et al.,    91 Fieldcrest Ave # 3,    Edison, NJ 08837-3627
517086520     +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
517086521     +Rick Holland & Co.,    411 Pompton Avenue,    Cedar Grove, NJ 07009-1800
517086524     +SST/Best Egg,    Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
517086522     +Sheriff of Somerset County,    P.O. Box 3000,    Somerville, NJ 08876-1262
517086523     +Smolin Lupin & CO., PA,    165 Passaic Ave,    Fairfield, NJ 07004-3592
517086525     +Stark & Stark,    P.O. Box 5315,    Princeton, NJ 08543-5315
517086526     +Street Capital, LLC et als.,    C/O Solomin Rubin, Esq.,    Nesenoff & Miltenberg, LLP,
                363 Seventh Avenue, 5th Floor,    New York, NY 10001-3915
517086527     +Trudy Sarver,    One Passaic Avenue,    Fairfield, NJ 07004-3814
517086528     +Tuition Management Systems,    171 Service Avenue,    Suite 200,    Warwick, RI 02886-1056
517086529      VISA,    PP.O. Box 4512,    Carol Stream, IL 60197-4512
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: sminion@minionsherman.com Sep 27 2017 22:52:25     Stuart D. Minion,
                 Minion and Sherman,   33 Clinton Road,    Suite 105,    West Caldwell, NJ  07006
tr            +EDI: QTJORR.COM Sep 27 2017 22:28:00     Thomas Orr,    Law Office of Thomas J. Orr,
                 321 High Street,    Burlington, NJ 08016-4411
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2017 22:53:23     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2017 22:53:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517086486     +EDI: AMEREXPR.COM Sep 27 2017 22:28:00     American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
517086487     +EDI: AMEREXPR.COM Sep 27 2017 22:28:00     Amex,    Correspondence,    Po Box 981540,
                 ElPaso, TX 79998-1540
517086491     +EDI: BANKAMER.COM Sep 27 2017 22:28:00     Bank Of America,    Nc4-102-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
517086498     +EDI: CHASE.COM Sep 27 2017 22:28:00     Chase Card,    Attn: Correspondence,    Po Box 15298,
                 Wilmington, DE 19850-5298
517086502     +EDI: DISCOVER.COM Sep 27 2017 22:28:00     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517086504     +EDI: TSYS2.COM Sep 27 2017 22:28:00     Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053
517086530     +EDI: WFFC.COM Sep 27 2017 22:28:00     Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,
                 Des Moines, IA 50306-0438
517086531     +EDI: WFFC.COM Sep 27 2017 22:28:00     Wells Fargo Bank Nv Na,    P O Box 31557,
                 Billings, MT 59107-1557
517086532     +EDI: WFFC.COM Sep 27 2017 22:28:00     Wfm/wbm,    Po Box 10335,    Des Moines, IA 50306-0335
                                                                                                TOTAL: 13
```

```
District/off: 0312-3          User: admin               Page 2 of 2                   Date Rcvd: Sep 27, 2017
                              Form ID: 309A             Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517086506         Farm Credit East
517086511         Landmark Community Ban
517086519         Peapack-gladstone Bank
                                                                                       TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
NONE.                                                                                       TOTAL: 0