THOMAS J. ORR  
321 HIGH STREET  
BURLINGTON, NJ  08016  
(609)386-8700  
TRUSTEE  
_____

| | |
|---|---|
| In re | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| BRUCE E KANENGISER | |
| | Chapter 7 Case No. 17-29476 (MBK) |
| | REJECTION OF TRUSTEE APPOINTMENT |
| | Hearing Date: N/A Oral Argument: Waived |
| Debtor(s). | |

_____

1. I am the Chapter 7 Trustee. The petition was filed on 09/26/17. The 341(a) meeting is scheduled on 10/24/17.

2. I have a conflict and request that another Trustee be appointed. I am also the Trustee for Mr. Kanengeiser's wife Beth Dorfman, Case No. 17-25201 (KCF). The debtors are in the middle of a divorce.

3. I certify that the statements made by me above are true. I am aware that if they are willfully false, I am subject to punishment.

/s/ Thomas J. Orr

Date: October 3, 2017