| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>OSTROWITZ & OSTROWITZ, ESQS.<br>225 Gordons Corner Road<br>Suite 1J<br>Manalapan, New Jersey 07726<br>Attorneys for Creditor<br>PEAPACK-GLADSTONE BANK | Case No.: 17-29476 MBK<br><br>Chapter: 7 |
| In Re:<br><br>BRUCE E. KANENGISER | Adv. No.: <br><br>Hearing Date: October 24, 2017<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, _____Frances E. O'Brien_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Ostrowitz & Ostrowitz, Esqs.__, who represents _____MOVANT_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __October 4, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice Of Motion To Lift Automatic Stay And For Reinstatement Of Dismissed Case (If Applicable) and Certification In Support of Application To Lift Automatic Stay And For Reinstatement Of Dismissed Case (If Applicable) and proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 4, 2017                               /s/ Frances E. O'Brien
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barry R. Sharer, Esq.<br>1103 Laurel Oaks Road<br>Suite 105B<br>Voorhees, New Jersey | Bankruptcy Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |