Form 199 – ntcreschfstmtg

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–29476–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bruce E Kanengiser
   68 Charles Road
   Bernardsville, NJ 07924

Social Security No.:
   xxx–xx–0172

Employer's Tax I.D. No.:

**NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE**
**AND RESCHEDULING OF MEETING**
**OF CREDITORS**

   NOTICE IS HEREBY GIVEN that Barry R. Sharer was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Thomas Orr.

   ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:         11/1/17
Time:         03:00 PM
Location:     Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507

   Please note, all previously scheduled deadlines remain the same.


Dated: October 6, 2017
JAN:

                                                            Jeanne Naughton
                                                            Clerk