UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**STARK & STARK**
**A PROFESSIONAL CORPORATION**
BY: TIMOTHY P. DUGGAN, ESQ. (TD -3231)
PO BOX 5315
PRINCETON, NEW JERSEY  08543-5315
(609) 896-9060
Attorneys for Farm Credit East, ACA

Order Filed on November 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  BRUCE E. KANENGISER,

  Debtor.

Case No.:    17-29476 MBK

Hearing Date: _____
Judge:    Michael B. Kaplan

Chapter:    7

| Recommended Local Form: | X Followed | Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 20, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4842-6761-2754, v. 1

Upon the Motion of Stark & Stark, A Professional Corporation, Attorneys for Farm Credit East, ACA under Bankruptcy Code section 362 (a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Farm Credit East's rights in the following:

    X    Real property more fully described as 69 Charles Road, Bernardsville, New Jersey, designated as Block 28 Lt 60.04, Q0070 (the "Property").

IT IS further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on the motion.

4842-6761-2754, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Bruce E Kanengiser  
    Debtor

Case No. 17-29476-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 20, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.  
db          +Bruce E Kanengiser,   68 Charles Road,   Bernardsville, NJ 07924-1921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:  
         Alan R. Ostrowitz    on behalf of Creditor    Peapack-Gladstone Bank ostrowlaw@optonline.net  
         Allen J Barkin    on behalf of Creditor    Smolin Lupin & Co., P.A. abarkin@sbmesq.com,  
          sandyr@sbmesq.com  
         Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,  
          BSharer@SharerPBS.com;nj83@ecfcbis.com  
         Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com  
         Sam  Della Fera    on behalf of Creditor Gail  Rosenberg sdellafera@trenklawfirm.com  
         Sam  Della Fera    on behalf of Creditor Trudy  Sarver sdellafera@trenklawfirm.com  
         Stuart D. Minion    on behalf of Debtor Bruce E Kanengiser sminion@minionsherman.com  
         Timothy P. Duggan    on behalf of Creditor    Farm Credit East, ACA tduggan@stark-stark.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 9